IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELITO CASTILLO NOTARTE,

    Petitioner,

v.                                                      No. CV 12-0101 JH/CG
                                                           CR 09-2049 JH

UNITED STATES OF AMERICA,

    Respondent.

### ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on the United States' *Unopposed Motion for Extension of Time*, (Doc. 10). The United States seeks a ten day extension of the deadline to file an answer to the *First Amended Petition for a Writ of Coram Nobis*, (Doc. 9). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** that the motion is well-taken.

**IT IS THEREFORE ORDERED** that the *Unopposed Motion for Extension of Time*, (Doc. 10), be **GRANTED**. The United States' answer is now due on or before March 8, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE