IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELITO CASTILLO NOTARTE,

    Petitioner,

v.                                                   No. CV 12-0101 JH/CG
                                                    CR 09-2049 JH

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

**THIS MATTER** comes before the Court on Petitioner's *Unopposed Motion for Leave to File Reply Brief and Motion to Seal*, (Doc. 17). Petitioner seeks leave to file an untimely reply brief. He represents that he is only now seeking to file a reply brief due to the recent publication of a United States Supreme Court opinion which he feels is critical to his case. (*Id*. at 2). Petitioner also asks that the reply brief, which was filed contemporaneously with the motion, be sealed as it contains confidential information. (Doc. 18 at 3 n. 1). Respondent does not oppose the motion. The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** that Petitioner has demonstrated good cause for his delay and have provided adequate grounds for sealing the reply brief.

**IT IS THEREFORE ORDERED** that Petitioner's *Unopposed Motion for Leave to File Reply Brief and Motion to Seal*, (Doc. 17), be **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's reply brief be sealed.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE